NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOLDEN IT, LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**ITCON SERVICES, LLC,**
*Defendant*

---

2023-1992

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-01471-TMD, Judge Thompson M. Dietz.

---

**JUDGMENT**

---

JON DAVIDSON LEVIN, Womble Bond Dickinson (US) LLP, Huntsville, AL, argued for plaintiff-appellant.

DOUGLAS GLENN EDELSCHICK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, PATRICIA M. MCCARTHY, DOUGLAS K. MICKLE.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, HUGHES, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 6, 2024
Date

Jarrett B. Perlow
Clerk of Court